1  KEVIN BAUM
   Mailing Address:
2  2099 Marina Blvd,
   San Leandro, CA 94577
3  (510) 927-8171
   Baumkevin410@gmail.com
4
   ALEJANDRA VANPELL
5  Mailing Address:
   1243 29th St.
6  Richmond, CA 94804
   (512) 905 9993
7  avanpell@gmail.com

8  IN PRO PER

9

                    FILED
                    NOV - 1 2021
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND

## U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

C 21-08485 WHO

| | |
|---|---|
| Kevin Baum, and Alejandra VanPell | Case No.: |
| Plaintiff(s), | |
| vs. | DECLARATION OF KEVIN BAUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAININMG ORDER |
| Paul Llanez, Peralta College Director of Public Safety; and Janet N. Jackson, Peralta College Interim Chancellor | |
| Defendants. | |

I, Kevin Baum, declare,:

1. I am a plaintiff in this action,

2, At 11:00 pm on Oct. 31, 2021, I sent an email to defendant Jackson stating Plaintiffs' intent to file a request for a temporary restraining order.

I declare under penalty of perjury that the foregoing is true and correct.

- 1 -
Complaint for Restraining Order or Injunctive and Declaratory Relief

Date: 11-1-2021                                         By: /s/ Kevin Baum

                                                        Kevin Baum, Plaintiff