UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAUM, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAUL LLANEZ, Peralta College Director of Public Safety; and Janet N. Jackson, Peralta College Interim Chancellor<br><br>  Defendants. | Case No. 21-cv-08485-WHO<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 2 |

Based on the Application, Points and Authorities, and supporting Declarations in the moving papers, the Court finds that plaintiffs Kevin Baum and Alejandra VanPell have established good cause for issuance of a Temporary Restraining Order ("TRO").

**IT IS SO ORDERED** that the above-named defendants show cause before me on November 10, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, in a video conference via Zoom, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants and their agents during the pendency of this action from removing plaintiffs and their personal property from the premises at 5th Avenue in Oakland, California, between 8th Street and Embarcadero, APN 18-455-10. Responsive papers from defendants are due by November 5, 2021, and a reply (if plaintiffs desire to file one) is due by November 8, 2021.

**IT IS FURTHER ORDERED** that, sufficient reason having been shown therefore, pending the hearing described above, pursuant to Rule 65, defendants and their agents are temporarily restrained and enjoined from removing plaintiffs and their personal property from the property located on 5th Avenue in Oakland, California, between 8th Street and Embarcadero, APN

1  18-455-10, until further ruling from this court.  The TRO is issued because plaintiffs have shown a

2  likelihood of prevailing on their claims.  Plaintiffs have shown a likelihood of irreparable injury in

3  the absence of a TRO, namely, the loss of their personal property.  Plaintiffs have also

4  demonstrated that the balance of hardships tip significantly in their favor.  Moreover, it is in the

5  interests of the public to grant the instant application.

6  Plaintiffs shall serve this Order on defendants by November 2, 2021.

7  **IT IS SO ORDERED.**

8  Dated: November 1, 2021



William H. Orrick
United States District Judge