UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAUM, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PAUL LLANEZ, et al.,<br><br>   Defendants. | Case No. 21-cv-08485-WHO<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 2, 9 |

  Having reviewed the defendants' response to my Order to Show Cause as well as the plaintiffs', and having heard arguments from both parties, I find that good cause exists for issuance of a preliminary injunction.

  Plaintiffs are currently living and working at property located on 5th Avenue in Oakland, California, between 8th Street and Embarcadero, APN 18-455-10. Defendants have threatened to remove them and their personal property from that location, claiming that the Peralta Community College District owns or has title in some way to that property. Defendants assert that it is the "understanding" of their employer, Peralta Community College District, that the City of Oakland transferred the property at issue to the District. Oppo. [Dkt. No. 20] 2:18-22.

  Defendants have proffered no admissible evidence of the District's ownership of the property. Therefore, at this juncture the plaintiffs have shown a likelihood of prevailing on their claims, a likelihood of irreparable injury in absence of an injunction (namely, the loss of their personal property), and that the balance of hardships tips significantly in their favor. It is also in the public interest to issue the preliminary injunction. That said, if the defendants locate evidence of their dominion or ownership of the location in question, they are welcome to file a motion seeking to dissolve the injunction. Until such time, the injunction shall remain in effect.

  Accordingly, defendants and their agents are enjoined from removing plaintiffs and their personal property from the property located on 5th Avenue in Oakland, California, between 8th

1    Street and Embarcadero, APN 18-455-10, until further ruling from this court.

2          Defendants and their representatives may enter the property on Tuesday, November 16,

3    2021, at 1:00 p.m., for one hour, in order to inspect the property.

4    **IT IS SO ORDERED.**

5    Dated: November 10, 2021



William H. Orrick
United States District Judge