**GARCIA HERNANDEZ SAWHNEY, LLP**
Albert A. Erkel (SBN 93793)
aerkel@ghslaw.com
Alex C. Sears (SBN 232491)
asears@ghslaw.com
GARCIA HERNANDEZ SAWHNEY, LLP
2490 Mariner Square Loop, Suite 140
Alameda, CA 94105
Phone: (510) 695-2802

Attorneys for Defendants
PAUL LLANEZ and JANET N. JACKSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAUM and ALEJANDRA VANPELL,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL LLANEZ and JANET N. JACKSON,<br><br>Defendants. | Case No.: 3:21-cv-08485-WHO<br><br>**ANSWER TO COMPLAINT** |

DEFENDANTS' ANSWER TO COMPLAINT

**ANSWER TO COMPLAINT**

Defendants PAUL LLANEZ and JANET N. JACKSON (together, "Defendants") answer the Complaint filed by Plaintiffs KEVIN BAUM and ALEJANDRA VANPELL as follows:

1. As to Paragraph 1, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

2. As to Paragraph 2, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

3. As to Paragraph 3, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

4. Defendants admit the allegations of Paragraph 4 to the extent they allege facts as they existed at the time of filing of the Complaint. Defendants deny the allegations of Paragraph 4 to the extent they allege facts as they exist at the time of filing of this Answer.

5. Defendants admit the allegations of Paragraph 5.

6. As to Paragraph 6, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

7. Defendants deny the allegations of Paragraph 7.

8. As to Paragraph 8, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

9. As to Paragraph 9, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

10. As to Paragraph 10, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

11. As to Paragraph 11, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

12. As to Paragraph 12, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

13. Paragraph 13 is a request for relief and does not contain any allegations of fact. To the extent any allegations of fact are implied by the request for relief in Paragraph 13, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

14. Paragraph 14 is a certification by the Plaintiffs of compliance with Rule 11 of the Federal Rules of Civil Procedure. To the extent any allegations of fact are implied by the certification in Paragraph 14, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

15. Paragraph 15 is a statement by the Plaintiffs of agreement to provide the Clerk of the Court with current service information. To the extent any allegations of fact are implied by the statement in Paragraph 15, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

16. Paragraph 16 is a statement of verification by the Plaintiffs. To the extent any allegations of fact are implied by the statement of verification in Paragraph 16, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis deny.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### Qualified Immunity

1. Defendants are currently, or were at the time of the actions alleged in the Complaint, employees of a political subdivision of a state, and all alleged actions by Defendants were within the scope of and Defendants' official duties and constituted exercise by Defendants of their discretionary functions. To the extent Plaintiffs request any monetary relief, Defendants are protected from liability and suit by Eleventh Amendment immunity and the doctrine of qualified immunity.

### SECOND AFFIRMATIVE DEFENSE
### Lack of Standing

1. Plaintiffs have not pleaded, and Defendants are informed and believe, that Plaintiffs cannot prove, any valid property interest in the real property in question. Plaintiffs therefore cannot assert a right against removal from that real property as against the lawful owner of that property.

### THIRD AFFIRMATIVE DEFENSE
### Lack of Case or Controversy

1. Plaintiffs have not pleaded that any meaningful interference with their possessory interests in personal property has taken place. Plaintiffs therefore have failed to plead a present case or controversy that this Court can adjudicate.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray as follows:

1. That Plaintiffs take nothing by reason of their complaint;

    2.    That judgment be rendered in favor of Defendants;

    3.    That Defendant be awarded costs of suit incurred in defense of this action; and

    4.    For such other relief as the Court deems proper.

Respectfully Submitted,

DATED: November 22, 2021    GARCIA HERNANDEZ SAWHNEY, LLP

By: */s/ Albert A. Erkel*
Albert A. Erkel
Attorneys for Defendants PAUL LLANEZ and JANET N. JACKSON

## CERTIFICATE OF SERVICE

I, Obianuju Nzewi, declare as follows:

I am over the age of eighteen years and am not a party to this action; my business address is 2490 Mariner Square Loop, Suite 140 California CA, in said County and State. On November 22, 2021, I served a copy(ies) of the following:

### DEFENDANTS' ANSWER TO COMPLAINT

| on the parties to this action as follows: | Method of Service |
|---|---|
| Kevin Baum<br>2099 Marina Blvd<br>San Leandro, CA 94577<br>(Plaintiff)<br>Baumkevin410@gmail.com | E-Mail & U.S. Mail |
| Alejandra VanPell<br>1243 29th St.<br>Richmond, CA 94804<br>(Plaintiff)<br>avanpell@gmail.com | E-mail & U.S. Mail |

[X]   BY U.S. MAIL: I am "readily familiar" with GARCIA HERNÁNDEZ SAWHNEY, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service.  Such envelope(s) were placed for collection and mailing with postage thereof fully prepaid at Alameda, California, on that same day following ordinary business practices.

[X]   BY E-MAIL: I caused the documents to be sent to the person[s] at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1     (X)   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2021, at Alameda, California

                                                                                _____

                                                                                Obianuju Nzewi