UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BAUM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL LLANEZ, et al.,<br><br>    Defendants. | Case No. 21-cv-08485-WHO<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 84 |

In light of the defendants' recent concession that Peralta Community College does not own nor hold a valid lease for the property at issue in this matter, the plaintiffs seek to dismiss the case without prejudice. Dkt. No. 84. The defendants have not opposed dismissal; instead, it appears that the parties could not agree to a stipulation of dismissal. *See id*.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED without prejudice in light of the following facts:

1. The plaintiffs (Kevin Baum and Alejandra VanPell) occupy the property at 5th Avenue in Oakland, California, between 8th Street and Embarcadero, APN 18-455-10 ("the Property").
2. The defendants threatened to eject the plaintiffs from the Property.
3. Peralta Community College does not own the Property, does not hold a valid lease for the Property, and has no authority to remove the plaintiffs from it.
4. The identity of the valid title holder is disputed. There has been no decision on a dispositive motion or at trial on this issue, beyond the defendants' concession that Peralta Community College does not own or hold a valid lease for the Property.

5. The defendants and Peralta Community College have represented that they will take no further action to remove the plaintiffs from the Property, which was the impetus for this action.

6. The plaintiffs' agreement to dismiss this action without prejudice is based on the statements by the defendants that they are not the valid title holder of the Property, have no authority to eject the plaintiffs from the Property, and will take no further action to do so; and because continuing this action will cause additional hardship for the pro se plaintiffs.

The case is DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 9, 2023



William H. Orrick
United States District Judge